# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **20-MJ-399**  Date **10-26-20**

USAO No. **2020R00058**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint ☐ Removal Proceedings in

*United States v.* **Massiel M. Hilario Aguilera**

The Complaint/Rule 40 Affidavit was filed on **1-13-20**

✓ U.S. Marshals please withdraw warrant

JACOB FIDDELMAN
Digitally signed by JACOB FIDDELMAN
Date: 2020.10.26 10:11:28 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: October 27, 2020

UNITED STATES MAGISTRATE JUDGE